USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK MARINE & GENERAL INSURANCE COMPANY,

Plaintiffs,

-against-

TRAVELERS INDEMNITY COMPANY and ACE AMERICAN INSURANCE COMPANY,

Defendant.

---

1:25-cv-08059-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On September 29, 2025, this case was removed to Federal Court.  [ECF No. 1].  Thereafter, Defendants answered the operative Complaint.  [ECF Nos. 6, 10].  On December 23, 2025, the Court scheduled an initial pre-trial conference for January 27, 2026.  [ECF No. 15].  On January 20, 2026, the parties requested to adjourn the conference given the parties were actively working to resolve the case and anticipated that the case would be dismissed without prejudice.  [ECF No. 16].  The Court granted the request but ordered the parties to submit a joint letter advising the Court as to the status of settlement negotiations by January 27, 2026.  [ECF No. 17].  The parties then informed the Court that they had reached an agreement in principle and that Plaintiff intends to dismiss this matter without prejudice.  [ECF No. 18].  As of this date, no further action has been taken.

Accordingly, IT IS HEREBY ORDERED that, **on or before March 19, 2026**, the parties shall submit a joint letter advising the Court as to the status, but not the substance, of settlement negotiations. If the parties have not reached a resolution as of that date, the Court will re-schedule the initial pre-trial conference.

1

The parties are on notice that failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.

**SO ORDERED.**

Date:  March 16, 2026
      New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**

2